## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

John J. Francis, Jr.
Michael C. Zogby
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932
Attorneys for Plaintiffs

OF COUNSEL
Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

RECEIVED

2

WILLIAM T. WALSH, CLERK

|  |  |
|---|---|
| **In re Gabapentin Patent Litigation**<br><br>―――――――――――――――――<br><br>**This Document Relates to All**<br><br>**First Wave Actions** | Hon. Faith S. Hochberg, U.S.D.J.<br>Hon. Patty Shwartz, U.S.M.J.<br>MDL Docket No. 1384<br><br>Civil Action Nos.<br>00-CV-2931 (FSH)<br>00-CV-3522 (FSH)<br>00-CV-4168 (FSH)<br>00-CV-4589 (FSH)<br>00-CV-6073 (FSH)<br>01-CV-0193 (FSH)<br>01-CV-1537 (FSH)<br>01-CV-2194 (FSH)<br><br>[PROPOSED] ORDER<br>GRANTING MOTION<br>FOR LEAVE TO FILE<br>FIRST AMENDED AND<br>SUPPLEMENTAL COMPLAINTS |

THIS MATTER having been brought before the Court by application of

Plaintiffs, for an Order granting Plaintiffs leave to file First Amended and Supplemental

Complaints in the remaining first-wave actions in this multidistrict proceeding; and the Court

having considered all papers submitted herewith, including the accompanying Memorandum of

Law and Declaration of John J. Francis, Jr.; and it appearing that Defendants will not be *and the Court being advised that the defendants do not oppose the Motion* prejudiced by the Court granting this application; and for good cause shown,

IT IS on this *24th* day of __March__ , 2008, hereby

ORDERED that Plaintiffs be ~~and hereby are permitted~~ *motion* to file First Amended and

Supplemental Complaints in the forms annexed to the Declaration of John J. Francis, Jr. in the *[Docket No. 406, Civil No 00-2931]* following actions *is granted*

- Pfizer Inc., Warner-Lambert Company LLC, Gödecke GmbH and Pfizer Pharmaceuticals LLC v. Purepac Pharmaceutical Co., Faulding Inc. and Actavis Elizabeth LLC, Civil Action Nos. 00-CV-2931 and 00-CV-3522;

- Pfizer Inc., Warner-Lambert Company LLC, Gödecke GmbH and Pfizer Pharmaceuticals LLC v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries, Ltd., Civil Action Nos. 00-CV-4168 and 00-CV-4589;

- Pfizer Inc., Warner-Lambert Company LLC, Gödecke GmbH and Pfizer Pharmaceuticals LLC v. Zenith Laboratories, Inc. (now known as IVAX Pharmaceuticals NV, Inc.), Zenith Goldline Pharmaceuticals, Inc. (now known as IVAX Pharmaceuticals, Inc.) and IVAX Corporation, Civil Action Nos. 00-CV-6073, 01-CV-0193, and 01-CV-1537; and

- Pfizer Inc., Warner-Lambert Company LLC, Gödecke GmbH and Pfizer Pharmaceuticals LLC v. Eon Labs Manufacturing, Inc. (now known as Eon Labs, Inc.) and Sandoz, Inc., Civil Action No. 01-CV-2194.

~~FAITH S. HOCHBERG, U.S.D.J.~~
*Patty Shwartz, US Magistrate Judge.*

1852414